



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
2



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
3





PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
5



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
6







PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
9



PENGAD 800-631-6989

GOVERNMENT EXHIBIT
10









PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

14





PENGAD 800-631-6989

GOVERNMENT
EXHIBIT







PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

19









PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
23





PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
25



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
26



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
27



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

28



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
29













PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
35





PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
37





Gun Broker.com   Account Summary For  8/01/2018 – 8/11/2019

| Date | User Name | Item Id | Title | Quantity | Price | Total Amount |
|---|---|---|---|---|---|---|
| 11/16/2018 | acrestorations Quiroz, Alex | 791652871 | Ghost Gunner 2 CNC Machine 80% lower 313 W ELM ST LAREDO, TX 78040-1925 867-192-0015 | 1 | $2,000.00 | $2,000.00 |
| 11/21/2018 | Captain1911 Walsh, Mark | 791981948 | 80 Percent 1911 Frame Jig 7210 S BROOK DR AUSTIN, TX 78736-1947 512-893-4777 | 1 | $65.00 | $65.00 |
| 11/21/2018 | MyOld445 Hernandez, Jaime | 791961750 | 80 Percent 1911 Frame, CNC Ghost Gunner 8169 ANGEL LN RIVERSIDE, CA 92508-8100 951-902-5515 | 1 | $120.00 | $120.00 |
| | | | **Total Item Sales** | | | **$2,185.00** |

Changed his first name. Probably why it didn't sound familiar to me.

Hope this helps.



PENGAD 800-631-6989

GOVERNMENT EXHIBIT 40

Square Dashboard

8/12/19, 12:11 PM

| Send Receipt | Issue Refund | |
|---|---|---|

# $2,100.00 Payment

Nov. 17, 2018 1:16 pm

Collected at 1oNT AFMS
The Det Bandy Hotline
Buenos Roles at Sale

| Custom Amount | $2,100.00 |
|---|---|
| **TOTAL** | **$2,100.00** |
| MasterCard 6500 | $2,100.00 |

Nov. 17, 2018 1:15 pm

Receipt #L3Yc

$2,026.35 <u>Deposited</u>
Fees: Keyed 3.50% + $0.15 ($73.65)

*Sold Personally but used Square to Process card.
I'm Assuming this is how the Business name was connected.*

Ghost Gunner 2 - Ghost Gunner                                                                    8/12/19, 2:07 PM



📞 800-880-8257 GHOST **(DD)** GUNNER          $0.00 0 items 🛒

(/index.php)

Products ∨      Dealers (/dealers)

Downloads (https://ghostgunner.net/downloads/)

FAQ (https://ghostgunner.net/faq/)      Contact ∨



(https://ghostgunner.net/wp-
content/uploads/2017/11/defdist_
1_1024x1024_c3b77ee8-13c8-
4415-b8e1-
9dee0ac19ff5_1024x1024.jpg)

    

★★★★★ 63 Reviews

# Ghost Gunner 2

## $2,000.00

Sold with the cut codes to complete selected 80%
lowers and frames such as the AR-15, AR-308, and
the M1911, the Ghost Gunner 2 takes it name
from its second-generation, custom motion-
control board, which allows it to operate as a
standard CNC machine. GG2 accepts g-code from
most CAM post-processors. To use the GG2, you
only need to provide the desired frame/lower and
corresponding jig set (sold separately) and any
computer or laptop with a windows or mac OS.
For more information, check out the product
details and lower guide below.

Order one of our Starter Kits (/featured-
products/#starter-kits) including everything you
need to get milling. For best results, use 80%
lowers/frames, fixtures, and tooling (/featured-
products/) designed to work harmoniously with

the Ghost Gunner.

As seen on RECOILtv
(https://videos.recoilweb.com/watch/channel/fi
rst-look/LgbtvTsRuiAW-recoiltv---defense-
distributed?q=defense%20distributed)
Review by RECOIL
(https://www.recoilweb.com/ghost-gunner-
updates-its-1911-jig-for-more-caliber-
compatibility-149191.html)
Review by Loadout Room
(https://loadoutroom.com/108275/ghost-
gunner-2-cnc-review-machining-for-the-
masses/)

1   ⌄        Add to cart

As low as $122/month with Splitit. ❓

Request Info Pack

Product Details        ›

# Product Details

Ghost Gunner is a general purpose CNC mill built
upon the Ardunio micro-controller.

Lower Guide

Tech Specs

Additional Information

GG2 takes it name from its second-
generation, custom motion-control board,
which allows it to operate as a standard CNC
machine. GG2 accepts g-code from most CAM
post-processors.

GG2 unibody spindles are of stainless steel
construction with the ER-11 collet system
integrated in the shaft. They have increased
radial rigidity, precision bearing diameters

Ghost Gunner 2 – Ghost Gunner                                                    8/12/19, 2:07 PM

and a 10x reduced initial runout specification.

Included with the GG2: A DD USB with all our latest software. ER-11 collet nut, 5/16" allen wrench, 3mm ball-end allen wrench, 12mm wrench, 17mm wrench, 6' USB A-B cable, 6' three-prong power cable. Laptop not included.

Shipping for the GG2 will be $100 flat rate for anywhere in the United States.

## Customer Photos



**Reviews (63)**   Questions (1)

D
**Dixon** Verified Buyer                                              04/15/19
 ★★★★★

### A tool for the Second Amendment guys!

I have retired THREE jig sets that I bought over the past several years! Ghost Gunner 2 gives excellent milling results and most important - repeatability that eliminates the human variability. No more flying metal splinters or the tedious jig process of adjusting router depth/milling/stopping/cleaning/rinse-and-repeat. Ghost Gunner 2 provides a I...Read More

8/12/19, 2:07 PM

🔗 Share |                    Was This Review Helpful?  👍 14  👎 0

Reviewed on:  Ghost Gunner 2 - Final Balance
(https://yotpo.com/go/zd1YRKqe)

M  **Mellors** Verified Buyer                    04/05/19
★★★★★

**You might be retarded. Luckily the GG2 is not**

I have the mechanical ability of a goldfish. I could do an illegal u-turn with a
train on railroad tracks. This machine tells you step by step what to do, and
in the end you are looking at a perfect product like it came out of FN (notice I
didn't say Colt? ). The only thing this machine doesn't tell you to do is scratch
your sack, put a dip in, wh...Read More 

🔗 Share |                    Was This Review Helpful?  👍 51  👎 1

Reviewed on:  Ghost Gunner 2 - Final Balance
(https://yotpo.com/go/zd1YRKqe)

L  **Lane** Verified Buyer                    04/04/19
★★★★★

**Great hobby machine.**

This makes great professional looking cuts and open ended opportunities for
future expansions.

🔗 Share |                    Was This Review Helpful?  👍 6  👎 0

Reviewed on:  Ghost Gunner 2 - Final Balance
(https://yotpo.com/go/zd1YRKqe)

A  **Arthur** Verified Buyer                    03/09/19
★★★★★

**Simple to use, great outcome**

If you can install software on your computer, use a wrench, and follow
simple pictorial directions, you can achieve a great outcome with the GGII. I
am beginning to learn how to use the great open code feature to complete
other jobs!

🔗 Share |                    Was This Review Helpful?  👍 8  👎 1

Reviewed on:  Ghost Gunner 2 - Final Balance
(https://yotpo.com/go/zd1YRKqe)



R **Ronnie** Verified Buyer                                   03/07/19

★★★★★

**Great product**

Received my ghost gunner, had a small issue with the thumb drive, they sent a new one right away, customer service was great

Share |                              Was This Review Helpful?  👍 6   👎 0

Reviewed on:  Ghost Gunner 2 - Final Balance
(https://yotpo.com/go/zd1YRKqe)

‹    1   2   3   4   5   6   7   8   9    ›
(https://ghostgunner.net/product/ghost-gunner-2/?
yoReviewsPage=2)

# Related products



USB Flash Drive - Ghost Gunner
Software

$10.00

(https://ghostgunner.net/prod
uct/usb-flash-drive-ghost-
gunner-software/)

Add to cart
(/product/ghost-gunner-
2/?add-to-cart=113)

FAQ (/faq)    Reviews (/reviews)    Home (/)    Products (/featured-products)
Downloads (/downloads)    Dealers (/dealers)    Contact (/contact)
Website Terms of Use (/website-terms-of-use)    Privacy (/privacy)

🐦 (https://twitter.com/defdist)    f (https://www.facebook.com/DefenseDistributed)
📷 (https://www.instagram.com/ghost_gunner2/)
▶ (https://www.youtube.com/user/DXLiberty)

PLEASE NOTE: Ghost Gunner machines, lowers, frames, and other hardware and equipment are
not currently available to persons outside the United States and they are not available to residents
of and persons in the State of New Jersey, which criminalizes possession of unregistered assault
weapons. THIS PRODUCT IS ILLEGAL IN THE STATE OF NEW JERSEY. THE PURCHASE OF "GHOST
GUNS" OR "GHOST GUN" PARTS FOR ASSEMBLY IS UNLAWFUL IN NEW JERSEY. THIS EMAIL IS NOT
INTENDED AND SHOULD NOT BE CONSTRUED AS AN ADVERTISEMENT OR OFFER FOR SALE OF
"GHOST GUNS" AND "GHOST GUN" PARTS TO NEW JERSEY RESIDENTS OR ANY PERSON IN NEW
JERSEY.

**Edit order**   Add order

Connect your store to WooCommerce.com to receive extensions updates and support.

**Order #8249 details**

Payment via Credit Card (6141178646O). Paid on November 28, 2018 @ 11:28 am. Customer IP: 45.56.151.79

### General

Date created:
2018-11-23

@ 14 : 24

Status:
Completed

Customer:
alexq41 (#841 – alexq41@techle.com)

Active Memberships:
none

### Billing

Abraham Calderon
ACR Restorations
1950 S.Westcliff Rd.

### Shipping

Alex Quiroz
ACR Restorations
313 W Elm St.

Profile → View other orders →

### Capture with Authorize.

Order is not Eligible for

### Order actions

Choose an action...

Move to trash

### Order notes

Order status changed from
to Completed.
December 12, 2018 at 9:00 a

Ghost Gunner 2 (GG-FU)
x1 shipped via UPS on D
2018 with tracking numb

Screen Options


PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
40-A

GG-GJSDT-004

ACR Restorations
1950 S.Westcliff Rd.
odessa, TX 79763

**Email address:**
alexg41@techie.com

**Phone:**
9568981992

ACR Restorations
313 W Elm St.
Laredo, TX 78040-1925

**Customer provided note:**
Hello,I work in the oil fields outside Odessa and don't want this to sit outside my house allday after it is delivered. It woud be stolen before I got home after 8pm. Any problems if I send it to my cousins house and then I can get it when I visit for Christmas. Thanks

| Item | Cost | Qty | Total | TX Tax |
|---|---|---|---|---|
| AR-15 Starter Kit<br>SKU: GGACC-AR15-START | $77.40 | × 1 | $77.40 | $6.39 |
| ==Ghost Gunner 2 - USA==<br>SKU: GG2001<br>location: USA | $1,800.00 | × 1 | ==$1,800.00== | $148.50 |
| Flat rate<br>Items: AR-15 Starter Kit × 1, Ghost Gunner 2 – USA × 1 | | | $105.00 | $8.66 |

x1 shipped via UPS on D
2018 with tracking numb
1Z9EY4BA0392449802.

December 12, 2018 at 9:00 a

AR-15 Starter Kit (GGAC(
START) x1 shipped via U
November 28, 2018 with
number 9400116960000

November 28, 2018 at 1:04 p

Order has been exported
Shipstation

November 28, 2018 at 12:07,

Order status changed fr
Processing.

November 28, 2018 at 11:28,

Authorize.Net AIM Captu
$2,145.95 Approved (Tra
6141178d640)

November 28, 2018 at 11:28,

Authorize.Net AIM Transa

**Flat rate**

Items:  AR-15 Starter Kit × 1, Ghost
Gunner 2 - USA × 1

Shipping:        $105.00   $8.66

Shipping:        $105.00
TX Tax:          $163.55
Total:           **$2,145.95**

[ Refund ]   [ Capture Charge ]

⊘ *This order is no longer editable.*

## Custom Fields

| Name | Value |
|------|-------|
| ecustoms_result | None |
| ecustoms_result_html | |

ecustoms_result
[ Delete ] [ Update ]

ecustoms_result_html
[ Delete ] [ Update ]

Authorize.Net AIM Captur
$2,145.95 Approved (Tra
61411786460)
November 28, 2018 at 11:28

Authorize.Net AIM Trans
Review (Authorization on
Order status changed fro
payment to On hold.
November 23, 2018 at 2:24

Stock levels reduced: AR
(GGACC-AR15-START) -
November 23, 2018 at 2:24

Authorize.Net AIM Author
Approved: Visa ending in
(expires 09/22) (Transact
61411786460)
November 23, 2018 at 2:24

Add note ⊘

GG-GJSDT-006

INVOICE #: **16629803.00**
**11/14/2018** 14:58:01

# BROWNELLS, INC.
3006 BROWNELLS PARKWAY
GRINNELL, IOWA 50112
800-741-0015
24 HR. FAX # (641) 623-3896

```
                                                                    6pdf 00
                                                          (78040-QUIR)803.00
                                                               web page-R
                                                                       RET
                                                                      016W
                                                          U5           P5
```

ACCOUNT #: 05758645

SOLD TO:
ALEJANDRO QUIROZ
313 W ELM ST
LAREDO TX 78040-1925

```
                          * * * * *  P D F  * * * * *
                          * * * *  C O P Y  * * * *
```

SHIP VIA: GENERIC  - NEXT DAY

PAYMENT METHOD: CREDIT CARD

SHIP TO:
ACR RESTORATIONS
ALEJANDRO QUIROZ
313 W ELM ST
LAREDO TX 78040-1925

PHONE: 9568981992

| STOCK NUMBER | LOCATION | PRODUCT NAME AND DESCRIPTION | QTY ORDERED | QTY SHIPPED | B/O, N OR C | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|---|
| 100-025-581WB | GRN | AR-15 80% LOWER REC FORGED UNFINISHED | | 1 | | 46.85 | 46.85 |
| 100-025-580WB | GRN | AR-15 80% LOWER REC FORGED ANODIZED | | 7 | | 39.99 | 279.93 |
| 078-000-371WB | GRN | AR-15 M4 STRIPPED UPPER RECVER BLACK | 15 | | | 42.99 | 644.85 |

THE BELOW ITEM(S) MARKED 'B/O' ARE OUT OF STOCK AND HAVE BEEN BACK ORDERED.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100-025-580WB | GRN | AR-15 80% LOWER REC FORGED ANODIZED | 14 | | 14 B/O | | |

Please Note: TRANSFER OF THESE PRODUCTS TO ANY INDIVIDUAL OR ENTITY OR LOCATION (WHETHER IN YOUR CITY, STATE, OR OUTSIDE THE UNITED STATES) MAY BE SUBJECT TO RESTRICTIONS AND/OR LICENSING REQUIREMENTS.

---- --------------------------------- *** ORDER ON THE WEB AT www.brownells.com *** ----------

INVOICE #: 16629803.00      ORDER TOTAL:      971.63

THE FOLLOWING COMMENTS FIELD FOR BROWNELLS USE ONLY

```
******************************************
*  WEB CONFIRMATION NUMBER:  61898735     *      FFL PROCESSING FEE:      10.00
*                                         *
*                                         *
*                                         *
*                                         *
*                                         *
*                                         *
*                                         *
*                                         *
******************************************
```

```
                                                          -----------
                                     GRAND TOTAL:      981.63
```


GOVERNMENT EXHIBIT
4

***HISTORICAL***



# Invoice



Page 1/1
Invoice INV0077091
Date 12/11/2018

**BARRETT FIREARMS MANUFACTURING, INC.**
P.O. Box 1077
Murfreesboro TN   37133

Bill To:   ALEX QUIROZ
    313 W ELM ST
    LOREDO TX   78040

Ship To:   ALEX QUIROZ
    313 W ELM ST
    LOREDO TX   78040

| Purchase Order No. | | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|---|
| | | QUIALE01 | | | | PREPAID | 12/8/2018 | 10,061,171 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 12660<br>056778 | Upper Receiver Kit, M82A1, .50, 20", Blac<br>1 | $0.0000 | $4,967.0000 | $4,967.00 |
| 1 | 1 | 0 | 82109<br>092118 | SPRING, MAIN<br>1 | $0.0000 | $21.6500 | $21.65 |
| 1 | 1 | 0 | 82071<br>082218 | SPRING, TRIGGER<br>1 | $0.0000 | $13.7400 | $13.74 |

| | |
|---|---|
| Subtotal | $5,002.39 |
| Misc | $0.00 |
| Tax | $413.82 |
| Freight | $48.97 |
| Trade Discount | $0.00 |
| Total | $5,465.18 |



GOVERNMENT
EXHIBIT
42

PENGAD 800-631-6989



HKPARTS
138 E. 12300 S. Suite C 240
Draper, UT 84020
https://www.hkparts.net
Phone: (801) 987-3494
Fax: (888) 470-5927

# Sales Receipt / Paid

ORDER DATE: 12/10/2018

**BILL TO:**
enrriqe olivas
7305 San Dario Ave. #363
#363
laredo, TX 78045
Tel: 9564779018
E-mail: acrrestorations@gmail.com

**SHIP TO:**
enrriqe olivas
7305 San Dario Ave. #363
#363
laredo, TX 78045
Tel: 9564779018
E-mail: acrrestorations@gmail.com

INVOICE #: 547089

ORDER CODE: TDN7692912941

CUSTOMER ID: 320694

SHIPPED VIA: FedEx - Next Day Air

SHIPPING TYPE: Residential

PAYMENT METHOD: Visa, Master Card, Discover (VirtualMerchant)

| SKU - DESCRIPTION | QTY | Location | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| HKP-00981 - 9mm SEF Full Auto Trigger Pack Complete - German | 1 | RACK-GRE-220 | $128.95 | $128.95 |
| | | ALL PRODUCTS SUBTOTAL | | $128.95 |
| | | | SHIPPING: | $40.99 |
| | | | ORDER WEIGHT: | 0 lbs. 10 oz. |
| | | | TAXES: | $0.00 |
| | | | TOTAL: | $169.94 |

GOVERNMENT EXHIBIT
43

PENGAD 800-631-6989

# CENTERFIRE SYSTEMS INC.

102 Fieldview Dr.
Versailles, KY. 40383
Ph: 800-950-1231 • 859-873-2352
Fax: 859-873-1842
FFL #4-61-239-01-5M-01473

| PAGE | DATE | ORDER NO. |
|------|------|-----------|
| 1 | 12/10/18 | 881551A |

COPY

**Enrrique Olivas**
7305 San Dario Ave
#363
Laredo, TX  78045-7295

| CUSTOMER NO. | SALES I.D. | REFERENCE # | MEDIA CODE | TERMS |
|--------------|-----------|-------------|------------|-------|
| 223583 | BD1/BD1 | 147955 | /WWW | PRE-PAID BY CHECK |

| | PHONE NUMBER | TOTAL WT. | ZONE | #PKGS. | SHIP VIA |
|---|--------------|-----------|------|--------|----------|
| | (956) 477-9018 | 0.0 Lbs | | 0 | UPS |

THANK YOU FOR ORDERING FROM CENTERFIRE SYSTEMS, INC.
VISIT OUR WEBSITE:  WWW.CENTERFIRESYSTEMS.COM

| QTY. | B/O | SHIP | ITEM # | DESCRIPTION | UNIT PRICE | DISC | EXTENSION |
|------|-----|------|--------|-------------|------------|------|-----------|
| 12 | 0 | 12 | DRUM-AR | MWG AR-15 M16 .223/5.56 90rd Drum | 89.99 | -- | 1079.88 |
| 2 | 0 | 2 | KIT-G22 | Factory Glock G22 Gen 3 40S&W Replacement parts Kit - Used Condition | 299.99 | -- | 599.98 |
| 2 | 0 | 2 | GLOCK-CASE | Glock Factory Black Plastic pistol case. | 0.00 | -- | 0.00 |
| 1 | 0 | 1 | IND-SIG | INDIRECT SIGNATURE REQUIRED | 0.00 | -- | 0.00 |
| 1 | 0 | 1 | SVCW | Service Charge Credit Card | 32.70 | -- | 32.70 |

MERCHANDISE INVOICE TOTAL $   1712.56
SHIPPING & HANDLING $   9.99
INVOICE TOTAL $   1722.55
CHECK #:MC $   -1722.55
BALANCE $   0.00

*This order was packed and inspected by _____.*

# CENTERFIRE SYSTEMS - 800-950-1231
## ORDER ONLINE AT *WWW.CENTERFIRESYSTEMS.CO*

New guns are under manufacturer warranty. Used guns are sold "AS IS." Return of goods or defective merchandise must
800-950-1231 and accompanied by this invoice (see back side for instructions).  ALL RETURNED GOODS MAY BE SUBJECT T

**GOVERNMENT EXHIBIT**
44

PENGAD 800-631-6989

Edit order | Add order

Connect your store to WooCommerce.com to receive extensions updates and support.

## Order #8785 details

Payment via Credit Card (6142409S018), Paid on December 4, 2018 @ 4:06 pm. Customer IP: 104.237.80.56

### General

Date created:
2018-11-29

@ 16 : 14

Status:
Completed

Customer:
alexq41 (#841 – alexq41@techie.com)

Profile → View other orders →

Active Memberships:
none

### Billing

**Alejandro Quiroz**
ACR Restorations
313 W Elm St.

### Shipping

Alejandro Quiroz
ACR Restorations
313 W Elm St.

### Capture with Authorize.l

Order is not Eligible for

### Order actions

Choose an action....

Move to trash

### Order notes

December 5, 2018 at 10:03 a

Order status changed fro
to Completed.

Custom Carbide End Mill
(GGACC–AR–EM–CARB–1
1/4in (GGACC–COLLET–1



GOVERNMENT
EXHIBIT
45
PENGAD 800-631-6989

GG-GJSDT-007

[Refund]   [Capture Charge]

Shipping:   $5.00
TX Tax:     $18.32
Total:      $240.32

ⓘ *This order is no longer editable.*

Add note  ⊕

[Private note]

## Custom Fields

| Name | Value |
|------|-------|
| ecustoms_result | None |
| [Delete] [Update] | |
| ecustoms_result_html | |
| [Delete] [Update] | |

## Add New Custom Field:

| Name | Value |
|------|-------|
| — Select — ◆▶ | |

Enter new

abe Calderon
ACR Restorations
1950 S.Westcliff Rd.
odessa, TX 79763

Email address:
acrrestorations@gmail.com

Phone:
9568981992

Alejandro Quiroz
ACR Restorations
313 W Elm St.
Laredo, TX 78040-1925

| Item | Cost | Qty | Total | TX Tax |
|---|---|---|---|---|
| Custom Carbide End Mill 1/4in<br>SKU: GGACC-AR--EM-CARB-1/4 | $34.00 | x 3 | $102.00 | $8.42 |
| HSS 5/32in Drill<br>SKU: GGACC-AR-DRILL-HSS-5/32 | $7.00 | x 3 | $21.00 | $1.73 |
| Collet 4mm<br>SKU: GGACC-COLLET-4MM | $5.00 | x 1 | $5.00 | $0.41 |
| Collet Nut ER11-A<br>SKU: GGACC-COLLET-NUT | $15.00 | x 1 | $15.00 | $1.24 |

Custom Carbide End Mill 1/4
(GGACC-AR-EM-CARB-1/4
5/32in Drill (GGACC-AR-DR
5/32) x3, Collet 4mm (GG
COLLET-4MM) x 1, Collet N
(GGACC-COLLET-NUT) x 1,
1/4in (GGACC-COLLET-1/4)
1/8in (GGACC-COLLET-1/8)
Drill (GGACC-M1911-DRILL
Nylon Washers (12 ct.) (GG
NYLONWASHERSX12) x 1,
(12 ct.) (GGACC-TSLTNTS–
15 Jig Bolts (GGACC-AR15–
shipped via USPS on Nover
2018 with tracking number
9400111689000136118457

November 26, 2018 at 10:59 am

Order has been exported to
Shipstation

November 23, 2018 at 11:09 am

Order status changed from
Processing.

November 23, 2018 at 9:42 am

GG-GJSDT-009

| Item | Price | Qty | Subtotal | Tax |
|---|---|---|---|---|
| Collet 4mm<br>SKU: GGACC-COLLET-4MM | $5.00 | × 1 | $5.00 | $0.41 |
| Collet Nut ER11-A<br>SKU: GGACC-COLLET-NUT | $15.00 | × 1 | $15.00 | $1.24 |
| Collet 1/4in<br>SKU: GGACC-COLLET-1/4 | $5.00 | × 1 | $5.00 | $0.41 |
| Collet 1/8in<br>SKU: GGACC-COLLET-1/8 | $5.00 | × 1 | $5.00 | $0.41 |
| #34 Drill<br>SKU: GGACC-M1911-DRILL-34 | $21.00 | × 2 | $42.00 | $3.47 |
| Nylon Washers (12 ct.)<br>SKU: GGACC-NYLONWASHERSX12 | $5.00 | × 1 | $5.00 | $0.41 |
| T-Slot Nuts (12 ct.)<br>SKU: GGACC-TSLTNTS-12 | $7.00 | × 1 | $7.00 | $0.58 |

**Status entries:**

November 23, 2018 at 11:09 ...
Order status changed fro...
Processing:

November 23, 2018 at 9:42 a...
Authorize.Net AIM Captur...
Approved (Transaction ID...
6140696661{35})

November 23, 2018 at 9:42 a...
Authorize.Net AIM Transa...
Review (Authorization onl...
Order status changed fro...
payment to On hold.

November 20, 2018 at 2:08 p...
Stock levels reduced: Cus...
End Mill 1/4in (GGACC-AE...
1/4) -313→-316, HSS 6/3...
(GGACC-AR-DRILL-HSS-...
-170→-173, Collet 4mm (...
COLLET-4MM) -80→-81...
ER11-A (GGACC-COLLET...
-53→-54, Collet 1/4in (G...
COLLET-1/4) -91→-92, C...
(GGACC-COLLET-1/8) -2...

GG-GJSDT-010

| Product | Items | Price | Qty | Tax |
|---|---|---|---|---|
| **Nylon Washers (12 ct.)** SKU: GGACC-NYLONWASHERSX12 | | $5.00 | × 1 | $0.41 |
| **T-Slot Nuts (12 ct.)** SKU: GGACC-TSLTNTS-12 | | $7.00 | × 1 | $0.58 |
| **AR-15 Jig Bolts** SKU: GGACC-AR15-BOLTS | | $10.00 | × 1 | $0.83 |
| **Flat rate** | Items: Custom Carbide End Mill 1/4in × 3, HSS 5/32in Drill × 3, Collet 4mm × 1, Collet Nut ER11-A × 1, Collet 1/4in × 1, Collet 1/8in × 1, #34 Drill × 2, Nylon Washers (12 ct.) × 1, T-Slot Nuts (12 ct.) × 1, AR-15 Jig Bolts × 1 | $5.00 | | $0.41 |

| | | |
|---|---|---|
| Shipping: | | $5.00 |
| TX Tax: | | $18.32 |
| Total: | | $240.32 |

Stock levels reduced: Cust...
End Mill 1/4in (GGACC-AR-...
1/4) -319→-316, HSS 5/32n
(GGACC-AR-DRILL-HSS-5/...
-170→-173, Collet 4mm (GC...
COLLET-4MM) -80→-81, C...
ER11-A (GGACC-COLLET-N...
-53→-54, Collet 1/4in (GGA...
COLLET-1/4) -91→-92, Col...
(GGACC-COLLET-1/8) -24-...
Drill (GGACC-M19N1-DRILL...
-60→-62, AR-15 Jig Bolts (...
AR15-BOLTS) -52→-53

November 20, 2018 at 2:08 pm.

Authorize.Net AIM Authoriz...
Approved: Visa ending in 3...
(expires: 09/22) (transactio...
6140696616135)

November 20, 2018 at 2:08 pm.

Add note

Private note

6/11/19, 12:37 PM

Botach, Inc.
4775 W Harmon Ave
Las vegas, NV 89103
323/293-7770
cs@botach.com
www.botach.com



**Invoice for Order# botachinc-92153386  (1998663)**

| Date: | 11/26/2018 | Order # | 92153386 |



| | | | | |
|---|---|---|---|---|
| **Ship to:** | ACR Restorations | **Bill To:** | ACR Restorations | |
| | Alex Quiroz | | Alex Quiroz | |
| | 313 W Elm St. | | 313 W Elm St. | |
| | Laredo TX 78040-1925 | | Laredo TX 78040-1925 | |
| | US United States | | US United States | |
| | 9568981992 | | 9568981992 | |
| **Amount:** | $ 1429.64 | **E-Mail:** | acrrestorations@gmail.com | |
| **Paid:** | No | **Payment:** | Authorize.net | |
| **Ship Via:** | 2-Day Air | **Comments:** | | |

| Name | Code | QOH | BIN | Qty | Unit Price Options | B/O |
|------|------|-----|-----|-----|--------------------|-----|
| LongFri Tactical Ballistic Helmets | LongFri-BH-BLK-L | 0 | | 7 | $199.95 Select = Black - Large | |

| | |
|---|---|
| Subtotal | $ 1399.65 |
| Shipping | $ 29.99 |
| Tax | $ 0.00 |
| Total | $ 1429.64 |

Thank you for your business.



GOVERNMENT
EXHIBIT
46



Email

Address Book ~

go

Adv. Search

-eed Search

Inbox: 2527KB

Save Search As:

Settings ~          Tools ~          Help ~

Reply    Reply to All    Forward    Delete    Purge    Mark as Spam

Add

Print

Move to Folder
More Actions

Move
Apply

Search Results > Message Detail

Subject: how to become dealer and order request.
From: alex n <alanelstorellimall@gmail.com> (Add as Preferred Sender) ©
Date: Tue, Nov 27, 2018 4:02 pm
To: info@longfri.com

I would like to order 25 of your Longfri Tactical Ballsatic helments color black and size L.
I would also like to order 25 of your Longfri Tactical Ballsatic helments color black and size
XL, this would make the order  80 peeces and after I recevie them and we can talk about
other items I would like to order. PLease forward price and payment instructions.
Thanks.Alex Quiroz

Zoom    Compose Email

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
47

# Order Summary Report

Alex Quiroz
313 W ELM ST
LAREDO, TX 78040-1925 US

| | | Buyer Comments | | Internal Notes |
|---|---|---|---|---|
| Date Paid: | 11/14/2018 | | | |
| Amount Paid: | $1199.94 | | | |
| Record #: | 13095 | | | |
| Store: | Infidel Body Armor | | | |

| Item ID | Title | Unit Price | Qty | Ext Price |
|---|---|---|---|---|
| ARMOR X 2 | **Level III 10x12 Front and Back plates (set) Single Curve** | $199.99 | 6 | $1199.94 |

GOVERNMENT
EXHIBIT
48
PENGAD 800-631-6989

Page 1 of 1

# Order Summary Report

Alex Quiroz
313 WELM ST
LAREDO, TX 78040-1925 US

| | | |
|---|---|---|
| Date Paid: | 11/19/2018 | |
| Amount Paid: | $1819.90 | |
| Record #: | 13104 | |
| Store: | Infidel Body Armor | |

Buyer Comments        Internal Notes

| Item ID | Title | Unit Price | Qty | Ext Price |
|---|---|---|---|---|
| ARMOR X 2 | Level III 10x12 Front and Back plates (set) Single Curve | $199.99 | 9 | $1799.91 |
| DVD & Book | New!! Driven DVD & Survival Guide | $19.99 | 1 | $19.99 |

GOVERNMENT
EXHIBIT
49

PENGAD 800-631-6989

# Thanks for Your Order

☒  Your order ID is **#687**. A summary of your order is shown below. To view the status of your order click here.

## Shipping Address

**Alejandro Quiroz**
ACR Restorations
313 W Elm St.
Laredo, Texas 78040-1925
United States
9568981992

## Billing Address

**Alejandro Quiroz**
ACR Restorations
313 W Elm St.
Laredo, Texas 78040-1925
United States
9568981992

## Your Order Contains...

| Cart Items | SKU | Qty | Item Price | Item Total |
|---|---|---|---|---|
| Condor EP1 Tactical **Elbow Pad** Protective Foam Non Slip Rubber Dual Strap- OD Green/ Black/ Tan (Color: Black) | 022886416027 | 5 | $11.95 USD | $59.75 USD |
| Condor KP1 **Knee Pads** Tactical Non Slip Rubber Hook & Loop Fastener Foam Pad- OD Green/ Black/ Tan (Color: Black) | 022886410025 | 3 | $15.95 USD | $47.85 USD |
| Condor KP2 **Knee Pads** Tactical Combat Easy Buckle On Straps Protection Pads- OD Green/ Black/ Tan (Color: Black) | 022886443023 | 2 | $19.95 USD | $39.90 USD |
| Condor MA44 Triple Stacker .223 or 5.56mm **Magazine Pouch**- OD Green/ Black/ Coyote Brown (Color-OD Green/ Black/ Coyote Brown: Black) | 022886044022 | 14 | $18.95 USD | $265.30 USD |



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
50

IDO Tactical
http://www.idotactical.com/

| | | | |
|---|---|---|---|
| Condor MA65 Drop Leg 5.56mm .223cal **Mag** **Pouch** MOLLE Rig Rifle Magazine- OD Green/ Black/ Tan (Color: Black) | 02288065027 | 13 | $24.95 USD | $324.35 USD |
| Condor TTLH Tornado Tactical **Leg Pistol** **Holster Pouch**- OD Green/ Black/ Coyote Brown (Color-OD Green/ Black/ Coyote Brown: Black) | 02288409029 | 1 | $22.95 USD | $22.95 USD |

Subtotal: $760.10 USD
Shipping: $0.00 USD
Grand Total: $760.10 USD
Payment Method: Credit Card

IDO Tactical is powered by BigCommerce. Launch your own store for free with BigCommerce.