# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1037

_____

Andrew Scott Pierson

Petitioner - Appellant

v.

United States of America

Respondent - Appellee      4:19-cr-00116-01-BSM

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Aug 07, 2025

Tammy H. Downs, Clerk
By: ForrestDunn D.C.

DEP CLERK

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:24-cv-01072-BSM)

---

## JUDGMENT

Before SMITH, BENTON, and KELLY, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

August 07, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Susan E. Bindler

# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 07, 2025

Andrew Scott Pierson
FEDERAL CORRECTIONAL INSTITUTION
71608-053
P.O. Box 7000
Texarkana, TX  75505-0000

    RE:  25-1037  Andrew Pierson v. United States

Dear Andrew Pierson:

    Enclosed is a copy of the dispositive order entered today in the referenced case.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                    Susan E. Bindler
                    Clerk of Court

DAK

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Arkansas
     John Dennis Webster

    District Court/Agency Case Number(s):  4:24-cv-01072-BSM