# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 25-1037

Andrew Scott Pierson

Appellant

v.

United States of America

Appellee

4:19-cr-00116-01-BSM

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Oct 02, 2025

Tammy H. Downs, Clerk
By: ForrestDunn D.C.

DEP CLERK

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:24-cv-01072-BSM)

---

## MANDATE

In accordance with the judgment of August 7, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 02, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit